UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  09cr3962-JAH |
| Plaintiff, | ORDER OF CRIMINAL FORFEITURE |
| v. | |
| JUAN CARLOS ESQUADA DE LA CRUZ (2), | |
| Defendant. | |

WHEREAS, in the Information in the above-captioned case, the United States sought forfeiture of all right, title, and interest of the above-named Defendant, JUAN CARLOS ESQUADA DE LA CRUZ ("Defendant"), in all property constituting or derived from proceeds of the offense and forfeiture of all property used or intended to be used in the offense, pursuant to Title 21, United States Code, Section 853, and

WHEREAS, on or about October 14, 2010, Defendant pled guilty to Count 1 of the Information, which plea included a consent to the forfeiture allegation of the Information, which states in pertinent part:

> 2. As a result of the commission of the felony offenses alleged in this indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code; Section 853(a)(1), defendant JUAN CARLOS ESQUADA DE LA CRUZ shall, upon conviction, forfeit to the United States all his/her rights, title and interest in any and all property constituting, or derived from, any proceeds the Defendants obtained, directly or indirectly, as the result of the offenses.

//

3. As a result of the commission of the felony offenses alleged in this indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Section 853(a) (2), defendant JUAN CARLOS ESQUADA DE LA CRUZ shall, upon conviction, forfeit to the United States all [his] rights, title and interest in any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in this indictment.

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendants -

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with, a third party;
(c) has been placed beyond the jurisdiction of the Court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the said property listed above as being subject to forfeiture. All in violation of Title 21, United States Code, Section 853; and

WHEREAS, by virtue of the admissions the Defendant set out in the plea agreement and guilty plea, the Court determined that all property constituting or derived from proceeds of the offense and forfeiture of all property used or intended to be used in the offense by the Defendant are subject to forfeiture to the United States pursuant to Title 21, United States Code, Section 853; and

WHEREAS, by virtue of the facts set forth in the plea agreement, the United States has established the requisite nexus between the forfeiture allegations and the offense; and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Defendant JUAN CARLOS ESQUADA DE LA CRUZ , pursuant to the forfeiture allegation to which he has pled, shall forfeit to the United States any and all property constituting or derived from, any proceeds Defendant obtained directly or indirectly, as the result of the violation, as well as any property used or intended to be used to facilitate the commission of the violation to which Defendant has pled guilty.

//

1   2.   The United States may, at any time, move pursuant to Rule 32.2(e) to amend this
2   Order of Forfeiture to substitute specific property for the proceeds or facilitating property
3   described in paragraph 1 above, up to the value of that property, in whole or in part.
4   3.   The United States may take any and all actions available to it to investigate, seize
5   and forfeit properties of the Defendant pursuant to paragraph 1 and this Court shall retain
6   jurisdiction to enforce this order and judgment.

DATED: January 4, 2011

_____
JOHN A. HOUSTON
United States District Judge